627

391 A.2d 697

Commonwealth, Appellant, v. Roman, et al.

Submitted April 11, 1977. Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellant; Joseph G. Kanfoush, for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.